UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE LUIS RUVALCABA, ) No. CV 09-5300-DOC (AGR)
 )
          Petitioner, )
 ) JUDGMENT
  v. )
 )
GREG LEWIS, )
 )
          Respondent. )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 10, 2012

                              _____
                                DAVID O. CARTER
                         UNITED STATES DISTRICT JUDGE